# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**HAROLD DESCAULT, a/k/a** :
**RONALD DESCAULT**
  :
    **Plaintiff,**
  :
**vs.**         **CIVIL ACTION 05-00558-WS-M**
  :
**BALDWIN COUNTY, ALABAMA,** *et al.*,
  :
    **Defendants.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice.

The Clerk is directed to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, of this Order adopting the Report and Recommendation, and of the Judgment dismissing this action.

**DONE** and **ORDERED** this 13th day of April, 2007.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE