IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD DESCAULT, a/k/a RONALD DESCAULT** : | |
| : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 05-00558-WS-M |
| : | |
| **BALDWIN COUNTY, ALABAMA,** *et al.*, : | |
| Defendants. : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 13th day of April, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE